IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

REBECCA CORLEY                                                                    PLAINTIFF

v.                                        Case No. 6:25-cv-6076

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                          DEFENDANT

## ORDER & JUDGMENT

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate for the Western District of Arkansas. ECF No. 15. Judge Singleton recommends that Defendant's denial of Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income be affirmed. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 15) in toto. Accordingly, the Court hereby **AFFIRMS** Defendant's denial of Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income. Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge